IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 JAN -6 A 10: 13

CLERK _B McCarthy_

MAKUSHAMARI GOZO,         )
                                  )
      Petitioner,        )
                                  )
     v.                   )      CV 308-101
                                  )
MICHAEL CHERTOFF, Secretary for the  )
Department of Homeland Security, and  )
RAYMOND SIMONSE, Field Office  )
Director for the Bureau of Immigration and  )
Customs Enforcement,  )
                                  )
      Respondents.     )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the instant petition is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 6th day of June , 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE